# APPENDIX B

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,424,198
Registered May 6, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# WINDOWS VISTA

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PROVIDING ONLINE INFORMATION IN THE FIELD OF COMPUTER OPERATING SYSTEM PROGRAMS; PROVIDING ONLINE TECHNICAL SUPPORT IN THE FIELD OF COMPUTER OPERATING SYSTEMS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-30-2007; IN COMMERCE 1-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,463,510 AND 2,789,690.

SN 78-676,714, FILED 7-22-2005.

INGA ERVIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,854,862
Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SHAREPOINT

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPILER PROGRAMS, DEBUGGER PROGRAMS; COMPUTER PROGRAMS FOR RUNNING DEVELOPMENT PROGRAMS AND APPLICATION PROGRAMS IN A COMMON DEVELOPMENT ENVIRONMENT; COMPUTER PROGRAMS FOR USE IN AND TO FACILITATE ELECTRONIC COM-

MERCE AND THE SECURE TRANSFER OF USER FINANCIAL INFORMATION FOR USE IN INDIVIDUAL PURCHASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

SN 78-013,961, FILED 6-22-2000.

BRIAN PINO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,086,864**

**Registered Jun. 23, 2020**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 980526399

CLASS 9: Downloadable computer software for use in project management; downloadable computer software for designing, creating, maintaining and accessing customized internal network sites and global communication network sites; downloadable computer authoring software for use on internal computer networks and global communication networks, namely, software for creating, editing and delivering textual and graphic information, locally and remotely; downloadable computer programs for developing other computer programs; downloadable computer utility programs for creating internal network and global communication network applications; downloadable computer programs for assisting developers in creating program code for use in internal computer networks and global communication networks; downloadable computer software for designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; downloadable computer software for document authoring, storage, retrieval, contention control, version history tracking, profiling, access control and security; downloadable computer software for automatically notifying users when documents have been updated; downloadable computer software for meeting and event scheduling and notification and for posting announcements on internal network sites and global communication network sites; downloadable computer software for posting links to internal network sites and global communication network sites; downloadable computer software for categorizing, searching and retrieving documents and data on internal computer networks; downloadable computer programs for use on and with computer networks and global communication networks, namely, user identification, registration and authorization programs; downloadable computer programs for automating login procedures to access web sites or internal networks; downloadable security and encryption computer programs; downloadable computer programs for maintaining user privacy; downloadable computer programs for maintaining and updating user profiles; downloadable computer programs for maintaining server profiles; downloadable computer software for use in developing other computer programs for use by workgroups and in project management applications; downloadable computer programs for running development programs and application programs in a common development environment

FIRST USE 11-00-2018; IN COMMERCE 11-00-2018

CLASS 42: Cloud computing featuring software for use in document management, authoring and publishing, developing customized internal network sites, designing, creating,



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



maintaining and accessing document management, authoring, storage and retrieval systems, and accessing remotely stored data for such applications; providing temporary use of on-line non-downloadable software and applications for document management, authoring and publishing internal network sites, developing customized internal network sites, designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; providing technical information in the field of computer software and cloud computing

FIRST USE 11-00-2018; IN COMMERCE 11-00-2018

The mark consists of three overlapping, vertically-oriented circles of varying shades; a square shape containing the letter "S" is superimposed over the left side of the three circles.

SER. NO. 88-430,399, FILED 05-14-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*


**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

# United States of America

### United States Patent and Trademark Office

# WINDOWS

**Reg. No. 6,502,499**

**Registered Sep. 28, 2021**

**Int. Cl.: 9, 35, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 9: Computers, tablet computers, laptops; software developer kits (e.g. Windows SDKs); portable electronic devices for receiving and reading text, images and sound through wireless internet access, namely, mobile computers, portable computers, mobile phones; computer software for use in connection with the transmission of voice and data; computer software used for controlling stand-alone voice controlled information devices, namely, cloud-connected (Windows 10 IoT) and voice-controlled smart devices to monitor and control the functioning of household and electronic devices; electronic and wireless transmitters and receivers for transmitting and receiving voice and data; voice processing software, namely, software for the control of voice controlled information and communication devices; voice-activated software, namely, software for controlling stand-alone voice controlled information devices comprised of cloud-connected and voice-controlled information devices; voice-activated software, namely, software for controlling stand-alone voice controlled information devices comprised of cloud-connected and voice controlled smart devices with virtual personal assistant capabilities; Mixed-reality computing platforms for integrating real world and virtual reality environments (e.g. Windows 10 Mixed Reality); computer software for creating, uploading, and sharing 3D images and models (e.g. Paint 3D built into Windows 10); Malware protection software; Software for securing access to laptops, phones, and computers; facial recognition software; fingerprint recognition software; iris recognition software; software that enables a user to hand-write notes and text with a digital pen onto touch-enabled devices; software that interprets hand-written content on touch-enabled devices (e.g. Windows Ink); computer software for creating, editing, uploading and sharing digital drawing; software that allows for annotations to image via digital ink; software for connecting a smartphone (e.g. Windows 10 Mobile) or tablet computer to a monitor, mouse, and keyboard and project the desktop to the monitor

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 35: Arranging and conducting business seminars and business conferences in the field of technology

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 38: Electronic transmission of voice, data, images, music, audio, video,





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

multimedia, by internet and cellular telephone transmission broadcasting; internet and cellular telephone transmission broadcasting and electronic transmission of streamed music, audio, video, and multimedia content; subscription and electronic data transmission services; cellular electronic transmission of mail, electronic messaging, electronic data transmission, audioconferencing, and videoconferencing services; providing access to telecommunications networks, computer networks, the Internet, wireless communications networks providing access to websites, electronic bulletin boards, on-line forums, directories, music, and video and audio programs by means of Internet and cellular telephone transmission; communication by computer, namely, electronic transmission of data, sounds, images and documents among computer users; information, advisory and consultancy services relating to all the aforesaid

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 41: Education services, namely, arranging, organizing, conducting, and presenting educational seminars, workshops, classes, non-downloadable webinars, educational conferences, online instruction, and distance learning programs, all in the field of technology, computing, productivity, mixed reality, education, gaming, and creative arts; production, distribution, and presentation of radio programs, television programs, motion pictures, sound recordings; entertainment services, namely, providing ongoing television, radio, audio, non-downloadable video, podcast, and webcast programs, all in the field of entertainment, sports, musical, current events, art, culture, technology, computing, productivity, mixed reality, education, gaming, and creative arts; entertainment services, namely, providing entertainment, sports, music, news, and current events continuing programs by means of telecommunications networks, computer networks, the Internet, satellite, radio, wireless communications networks, television, and cable television; providing a website featuring non-downloadable videos in the field of entertainment, sports, music, news, and current events; entertainment services, namely, providing a continuing program featuring educational, entertainment, sports, music, news, current events, and arts and culture accessible by means of the internet and web-based computer applications; entertainment services, namely, providing a continuing program featuring information in the field of education, entertainment, music, sports, news, and arts and culture accessible by means of the internet and web-based computer applications; entertainment services, namely, providing temporary use of non-downloadable computer games, electronic games, interactive games, and video games; providing a website and web-based applications featuring non-downloadable books, periodicals, newspapers, newsletters, manuals, blogs, journals, and magazines and articles in the field of entertainment, sports, musical, current events, art, culture, technology, computing, productivity, mixed reality, education, gaming, and creative arts

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 42: Providing on-line non-downloadable computer programs for mapping and navigation; (e.g. Bing maps and navigation), for transmitting and receiving electronic mail and wireless communications, and for maintaining personal directories, contact lists, address and telephone number lists; Providing on-line non-downloadable computer programs for accessing global communication networks; Providing on-line non-downloadable computer programs for accessing global communication networks and displaying content therefrom; providing on-line non-downloadable web-based business application programs for e-mail, internet access, calendaring, creating and editing documents, note-taking, project management, electronic publishing, presentations, storytelling, business intelligence, database management, and productivity; design and development of computer hardware and software; computer services, namely, remote hosting of operating systems for others; computer services, namely, remote hosting of computer applications of others; providing hosted operating systems through the internet; providing hosted computer applications of others through the internet; providing, developing and designing on-line non-downloadable software accessible over a global computer network for managing computer applications; constructing in the nature of designing and developing a computer platform on the internet for electronic

commerce for others; managing and monitoring the websites of others that feature online discussion forums; data warehousing (e.g. Windows servers)

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2463526, 2463510, 4407849

SER. NO. 87-473,722, FILED 06-02-2017

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office

# AZURE

**Reg. No. 4,932,997**

**Registered Apr. 5, 2016**

**Int. Cls.: 9, 38, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR DATA STORAGE AND BACKUP, DATABASE MAN-AGEMENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, REMOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLICATIONS AND COM-PUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMIS-SION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION, AND FOR CON-TENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTERACTIVE DISCUS-SIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

FOR: ELECTRONIC TRANSMISSION AND STREAMING OF DIGITAL MEDIA CONTENT FOR OTHERS VIA CLOUD-BASED COMPUTER NETWORKS; STREAMING OF AUDIO, VISUAL AND AUDIOVISUAL MATERIAL VIA A CLOUD-BASED COMPUTER NETWORK; VIDEO-ON-DEMAND TRANSMISSION SERVICES; TELECOMMUNICATIONS AND IN-FORMATION TECHNOLOGY SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION VIA A CLOUD-BASED COMMUNICATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

FOR: COMPUTER SERVICES, NAMELY, CLOUD HOSTING PROVIDER SERVICES; COM-PUTER SECURITY SERVICES, NAMELY, ENFORCING, RESTRICTING AND CONTROLLING ACCESS PRIVILEGES OF USERS OF COMPUTING RESOURCES FOR CLOUD RESOURCES BASED ON ASSIGNED CREDENTIALS; COMPUTER SERVICES, NAMELY, INTEGRATION OF PRIVATE AND PUBLIC CLOUD COMPUTING ENVIRONMENTS; CONSULTING SER-VICES IN THE FIELD OF CLOUD COMPUTING TECHNOLOGY, INFRASTRUCTURE-AS-A-SERVICE (IAAS) CLOUD COMPUTING TECHNOLOGY, SOFTWARE-AS-A-SERVICE (SAAS) CLOUD COMPUTING TECHNOLOGY, AND PLATFORM-AS-A-SERVICE (PAAS) CLOUD COMPUTING TECHNOLOGY; PROVIDING VIRTUAL COMPUTER SYSTEMS AND VIRTUAL COMPUTER ENVIRONMENTS THROUGH CLOUD COMPUTING; TECHNICAL SUPPORT SERVICES, NAMELY, REMOTE AND ON-SITE INFRASTRUCTURE MANAGE-



Director of the United States
Patent and Trademark Office

**Reg. No. 4,932,997**  MENT SERVICES FOR MONITORING, ADMINISTRATION AND MANAGEMENT OF PUBLIC AND PRIVATE CLOUD COMPUTING IT AND APPLICATION SYSTEMS; APPLIC- ATION SERVICE PROVIDER (ASP), NAMELY, HOSTING COMPUTER SOFTWARE APPLIC- ATIONS OF OTHERS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN CRE- ATING WEB APPLICATIONS, DATA STORAGE AND BACKUP, DATABASE MANAGE- MENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, RE- MOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLICATIONS AND COM- PUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMIS- SION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION, AND FOR CON- TENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTERACTIVE DISCUS- SIONS; PLATFORM-AS-A-SERVICE (PAAS), INFRASTRUCTURE-AS-A-SERVICE (IAAS) AND SOFTWARE-AS-A-SERVICE (SAAS) SERVICES FEATURING COMPUTER SOFTWARE PLATFORMS FOR CREATING WEB APPLICATIONS, DATA STORAGE AND BACKUP, DATABASE MANAGEMENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, REMOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLIC- ATIONS AND COMPUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMA- TION, AND FOR CONTENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTER- ACTIVE DISCUSSIONS; COMPUTER SERVICES, NAMELY, CREATING CLOUD-BASED INDEXES OF INFORMATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR- TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,309,317.

SN 86-218,994, FILED 3-12-2014.

TRICIA SONNEBORN, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office

# MICROSOFT

**Reg. No. 6,880,851**

**Registered Oct. 18, 2022**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 35: Business services, namely, business consultation services, business advice and information services; business marketing services; business consulting services; business networking; providing information in the fields of business and commerce over global computer networks and global communications networks; providing consumer product information via the Internet; providing office functions; retail store and online retail store services featuring a wide variety of consumer goods of others; retail store services in the field of office products; online retail store services featuring computers, computer hardware, computer peripherals, laptops, tablets, portable music players, personal digital assistants, cell phones, digital media streaming devices, computer software, applications for personal computers, video game consoles, video game controllers, video games, gaming software, gaming equipment, security services, downloadable movies and television shows, webcams, books, clothing, back packs, messenger bags, computer bags, notebooks, journals, laptop sleeves, stickers, pens, pencils, toys, gift cards and novelty items; operating online marketplaces featuring software applications; provision of an on-line marketplace for buyers and sellers of goods and services; operating on-line marketplaces for sellers and buyers of goods and/or services; providing retail store and prepaid subscription services featuring downloadable, pre-recorded text, data, image, audio, video, and multimedia files, provided via the internet and other electronic and communications networks; compiling of information into computer databases, namely, compiling of internet based information and providing such information in response to voice or text controlled inquiries; advertising services; advertising and directory services, namely, promoting the services of others by providing a web page featuring links to the websites of others; digital advertising services; online advertising on a computer network; providing websites and applications featuring business related news and information; providing an internet website featuring news and information in the field of national and international politics; organization and conducting of virtual commercial exhibitions in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; charitable services, namely, organizing, developing, and conducting volunteer and not-for-profit programs and volunteer and not-for-profit projects aimed at increasing technological development in rural and underdeveloped communities; organizing and developing charitable projects that aim to promote the importance of reading, writing, science, technology, engineering and math;



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



promoting public awareness of and the need to support social and economic development; charitable services, namely, organizing and conducting volunteer programs, community service projects and neighborhood improvement projects; information, advice and consultancy regarding the aforementioned services; organizing, promoting and conducting online, business-to-business events and webinars in the field of computing and digital transformation; organizing, arranging, conducting and promoting of trade shows, business, commercial, and promotional exhibitions and business conferences in the fields of computer hardware, software, telecommunications, and high technology and in the field of development of computer programs and systems; charitable services, namely, organizing and conducting volunteer programs to build and grow sustainable computer science programs through partnerships between classroom teachers and technology industry volunteers in the fields of technology education and literacy in schools; business management and advisory services in the agriculture field; business consulting services in the agriculture field; provision of business information relating to agricultural industry via global computer networks; business analysis, research and information services in the agriculture field; business services, namely, compilation and collection of data, information and statistics, business management data and data relating to the administration of farms and agricultural projects using technologies that include the internet of things (IoT), blockchain, robotics, software as a service (SaaS), platforms as a service (PaaS) and artificial intelligence; business management and advertising services for others, namely, assisting others in direct electronic mail advertising, assisting others in placing and running advertisements on computer networks and global communications networks; business on-line information services, namely, providing databases and website links to other content providers in the field of business issues; Promoting, marketing and advertising the brands and goods of others related to the computer software, applications, computer and video games and audio visual content sale and retail services industries; online retail store services in the field of computer software, applications, computer and video games and audio visual content; business data analysis services in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; analyzing and compiling business data; market analysis and research services relating to customer behavior, satisfaction, attitude, effectiveness; computerized database management; marketing data integration; data processing services; market research and market analysis services; statistical analysis and compilation for business purposes; economic forecasting; market research and business analysis; preparation of business marketing information from and into computer database form; Marketing services, namely, preparation of product and company literature for others; online service for connecting social network users with retailers for the purpose of facilitating discounted purchases; compilation of information into computer databases; compilation of statistics for commercial purposes; compilation and systemization of information into computer databases; compilation of advertisements for use as web pages on the Internet; advertising on the Internet for others; distribution of advertising materials; Internet advertising services; advertising analysis; advertising and promotional services; advertising and marketing services; pay per click advertising; developing and coordinating volunteer projects for charitable organizations; providing business information via a website; providing a searchable on-line advertising website and guide featuring the goods and services of other vendors via the Internet; online advertising network matching services for connecting advertisers to websites; providing career information; arranging and conducting special events for business purposes; promotion of goods and services through sponsorship of sports events; arranging subscriptions to video games, computer games, and game content, for others; advisory and consultancy services relating to all the aforesaid services

FIRST USE 11-12-1975; IN COMMERCE 11-12-1975

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-402,126, FILED 12-22-2020

Page: 2 of 3 / RN # 6880851

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,552,363**

**Registered June 17, 2014**

**Int. Cls.: 9, 16, 25, 28, 35, 36, 38, 39, 41, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER APPLICATION SOFTWARE FOR WIRELESS TELECOMMUNICATIONS FOR USE WITH WIRELESS DEVICES; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS; SOFTWARE FOR ALLOWING COMMUNICATION AND INTERACTION BETWEEN PHONES, MOBILE DEVICES, TELEVISIONS, VIDEO GAME CONSOLES, MEDIA PLAYERS, COMPUTERS, DIGITAL MEDIA HUBS, AND AUDIOVISUAL DEVICES; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NETWORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MANAGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER NETWORK OPERATING SOFTWARE AND UTILITIES; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR NETWORK SERVERS AND APPLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COMPUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE WITH COMMUNICATIONS SERVERS; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; OPERATING SYSTEMS SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER MICE AND WIRELESS COMPUTER MICE; WIRELESS COMMUNICATIONS DEVICES, NAMELY, MOBILE PHONES, CELLULAR TELEPHONES, PERSONAL DIGITAL ASSISTANTS, AND HAND-HELD COMPUTERS; HARDWARE FOR TELECOMMUNICATIONS FOR CONNECTING DEVICES VIA IN-HOME PHONE AND ELECTRICAL WIRING, NAMELY, COMPUTER NETWORKS HUBS, COMPUTER SERVERS, SET-TOP BOXES, COMPUTER SWITCHES AND COMPUTER ROUTERS DESIGNED TO PROVIDE IN-HOME VOICE OVER INTERNET PROTOCOL (VOIP) COMMUNICATIONS; COMPUTER AND VIDEO GAME SYSTEMS DEVICES, NAMELY, ELECTRONIC SENSOR DEVICES, CAMERAS, PROJECTORS, HEADPHONES, AND MICROPHONES; ELECTRONIC GAME EQUIPMENT, NAMELY, EQUIPMENT COMMUNICATING WITH A

**Reg. No. 4,552,363**   TELEVISION OR COMPUTER FOR PLAYING ELECTRONIC GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PUBLICATIONS, NAMELY, USER MANUALS, INSTRUCTION GUIDES, REFERENCE GUIDES, BOOKS, MAGAZINES, AND NEWSLETTERS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, BUSINESS, BUSINESS MANAGEMENT AND ACCOUNTING, COMPUTER GAMES, GAMES AND ENTERTAINMENT; STATIONERY, STATIONERY-TYPE PORTFOLIOS, STATIONERY ITEMS, NAMELY, PENS, PENCILS, DESK SETS, PEN AND PENCIL HOLDERS, POSTERS, MEMO PADS, BINDERS, CALENDARS, NOTEBOOKS, NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, VESTS, JACKETS, COATS, SWEATERS, CAPS, HEADWEAR, HATS, VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: TOYS AND SPORTING GOODS, NAMELY, SPORT BALLS, GOLF BALLS, GOLF TEES, SQUEEZABLE BALLS, AND FLYING DISC TOYS; PLUSH, STUFFED, AND SOFT SCULPTURED TOYS; YO-YOS; MECHANICAL ACTION TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2013; IN COMMERCE 8-0-2013.

FOR: PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES FEATURING COMPUTERS, COMPUTER HARDWARE, SOFTWARE, COMPUTER GAMES, COMPUTER PERIPHERALS, PORTABLE MUSIC PLAYERS AND ACCESSORIES, PERSONAL DIGITAL ASSISTANTS, CELL PHONES AND ACCESSORIES, VIDEO GAME CONSOLES AND ACCESSORIES, WEBCAMS, BOOKS, CLOTHING, BACK PACKS, MESSENGER BAGS, COMPUTER BAGS AND NOVELTY ITEMS; BUSINESS SERVICES, NAMELY, BUSINESS CONSULTATION AND MARKETING SERVICES, BUSINESS ADVICE AND INFORMATION SERVICES; PROVIDING CONSUMER PRODUCT INFORMATION VIA GLOBAL COMPUTER NETWORKS; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA GLOBAL COMPUTER NETWORKS; PROCUREMENT SERVICES FOR OTHERS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION IN THE FIELD OF FINANCIAL NEWS; CHARITABLE SERVICES, NAMELY, PROVIDING FUNDING AND FINANCIAL ASSISTANCE TO COMPUTER AND TECHNOLOGY TRAINING ORGANIZATIONS; FINANCIAL SERVICES, NAMELY, PROVIDING A VIRTUAL CURRENCY FOR USE BY MEMBERS OF AN ONLINE COMMUNITY VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; TRANSMISSION OF VOICE, AUDIO,

Page: 2 / RN # 4,552,363

**Reg. No. 4,552,363**   VISUAL IMAGES AND DATA BY TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; STREAMING OF AUDIO AND VIDEO OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; ELECTRONIC MAIL AND MESSAGING SERVICES; ELECTRONIC DATA TRANSMISSION; ELECTRONIC DELIVERY OF IMAGES AND PHOTOGRAPHS VIA GLOBAL COMPUTER NETWORKS; INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; AUDIO AND VIDEO BROADCASTING SERVICES OVER GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; PROVIDING ONLINE CHAT ROOMS FOR SOCIAL NETWORKING; CONSULTING IN THE FIELD OF TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, AND DOCUMENTS VIA TELECOMMUNICATIONS NETWORKS; CONSULTING SERVICES IN THE FIELD OF COMMUNICATIONS; PROVIDING ACCESS TO DATABASES; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: ELECTRONIC STORAGE AND ARCHIVING OF FILES, DOCUMENTS, DIGITAL PHOTOGRAPHS, VIDEOS, MUSIC, ELECTRONIC MEDIA, NAMELY, IMAGES, TEXT, AND AUDIO DATA; PROVIDING A WEB SITE AND WEB SITE LINKS TO GEOGRAPHIC IN-FORMATION, MAP IMAGES, AND TRIP ROUTING; PROVIDING AN ONLINE SEARCHABLE COMPUTER DATABASE FEATURING TRAVEL INFORMATION; PROVIDING INFORMA-TION, NEWS AND COMMENTARY IN THE FIELD OF TRAVEL; TRANSPORTATION SERVICES, NAMELY, PROVIDING INFORMATION CONCERNING MOTOR VEHICLES, TRAVEL AND TRAVEL-RELATED SUBJECTS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION AND TRAINING PROGRAMS RELATING TO OPPOR-TUNITIES FOR YOUTH IN THE FIELD OF EDUCATION, TRAINING, EMPLOYMENT, AND ENTREPRENEURSHIP; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, ONLINE ELECTRONIC GAMES AND ONLINE VIDEO GAMES; EN-TERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING INFORMATION IN THE FIELDS OF ENTERTAINMENT, MUSIC, MOVIES, VIDEO, GAMES, NEWS, AND SPORTS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING VIRTUAL ENVIRONMENTS IN WHICH USERS CAN INTERACT FOR RECREATIONAL, LEISURE OR ENTERTAINMENT PURPOSES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION ON THE VIDEO GAME AND COMPUTER GAME INDUSTRIES VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF ENTERTAIN-MENT; PROVIDING INFORMATION ON COMPUTER GAMES, VIDEO GAMES, VIDEO GAME CONSOLES AND ACCESSORIES THEREOF VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: APPLICATION SERVICE PROVIDER, NAMELY, HOSTING, MANAGING, DEVELOP-ING, ANALYZING, UPDATING AND MAINTAINING APPLICATIONS, COMPUTER OPER-ATING SYSTEMS, SOFTWARE, AND WEB SITES FOR OTHERS; PROVIDING TECHNICAL SUPPORT, CONSULTATION AND RESOURCES IN THE FIELDS OF COMPUTER SECURITY, PRIVACY AND ONLINE SAFETY; COMPUTER DIAGNOSTIC SERVICES; COMPUTER SERVICES, NAMELY, DATA RECOVERY SERVICES; ONLINE TECHNICAL SUPPORT, TROUBLESHOOTING, TESTING, AND CONSULTING SERVICES IN THE FIELD OF

**Reg. No. 4,552,363**   COMPUTERS, COMPUTER SOFTWARE AND COMPUTER SYSTEMS; COMPUTER SER-
VICES, NAMELY, COMPUTER SYSTEM ADMINISTRATION FOR OTHERS; COMPUTER
SERVICES, NAMELY, REMOTE MANAGEMENT OF THE INFORMATION TECHNOLOGY
(IT) SYSTEMS OF OTHERS; COMPUTER SERVICES, NAMELY, CLOUD HOSTING PRO-
VIDER SERVICES; CONSULTING SERVICES IN THE FIELD OF CLOUD COMPUTING;
COMPUTER SOFTWARE DESIGN; COMPUTER SOFTWARE DEVELOPMENT AND COM-
PUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTANCY IN THE FIELD
OF SOFTWARE DESIGN; CONSULTING IN THE FIELD OF INFORMATION TECHNOLOGY;
CONSULTING SERVICES IN THE FIELD OF COMPUTER-BASED INFORMATION SYSTEMS
FOR BUSINESSES; CONSULTING SERVICES IN THE FIELD OF PROVIDING ONLINE,
NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS; PROVIDING ONLINE NON-
DOWNLOADABLE BUSINESS AND GENERAL PURPOSE APPLICATION SOFTWARE;
PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR WEBSITE DEVELOPMENT
AND DATABASE MANAGEMENT; PROVIDE NON-DOWNLOADABLE SOFTWARE FOR
INTERNET SEARCHING, DATABASE MANAGEMENT, PROVIDING INTERNET SEARCH
ENGINE; PROVIDING INFORMATION IN THE FIELD OF COMPUTER SYSTEMS, SOFT-
WARE, HARDWARE, INTERNET, NETWORKS, DATABASES AND MOBILE APPLICATIONS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CONSULTING SERVICES IN THE FIELD OF MAINTAINING THE SECURITY AND
INTEGRITY OF DATABASES; PERSONAL SERVICES, NAMELY, PROVIDING ONLINE
SOCIAL NETWORKING SERVICES; PROVIDING ONLINE COMPUTER DATABASES AND
ONLINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS
45 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

OWNER OF U.S. REG. NOS. 2,250,973, 4,029,299, AND OTHERS.

THE MARK CONSISTS OF FOUR SQUARES ARRANGED IN A RECTANGULAR GRID
ADJACENT TO THE WORDING "MICROSOFT". THE SQUARES ARE SEPARATED BY
BLANK SPACE.

SN 85-710,265, FILED 8-22-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
              TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
     DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
              reminder of these filing requirements.
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office

# OUTLOOK

**Reg. No. 4,255,129**

**Registered Dec. 4, 2012**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN EMAIL, CALENDARING, CONTACTS MANAGEMENT AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR EMAIL, CALENDARING, AND CONTACTS MAN-AGEMENT; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-2-2008; IN COMMERCE 3-2-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,188,125.

SN 85-467,641, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,255,129

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,063,048**

**Registered Oct. 18, 2016**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WA 980526399

CLASS 9: Computer programs for providing enhanced electronic mail and scheduling capabilities, for use by individual computer users, namely, computer programs for managing, viewing, and editing files, documents, electronic mail messages and private network and global computer network communications; computer programs for meeting and event scheduling, managing group calendars, task delegation and reporting, recording notes, transferring data to and from databases and to and from computer programs and computer files; address book computer programs, telephone dialing computer programs, computer programs for correcting typographical and capitalization errors and computer programs for tallying voting responses

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

CLASS 42: Cloud computing featuring software for use in email, calendaring, contacts management and accessing remotely stored data for such applications; providing temporary use of on-line non-downloadable software and applications for email, calendaring, and contacts management; providing technical information in the field of computer software and cloud computing

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a stylized depiction of a blue rectangle with a white letter "O" in the center partially covering an adjacent image of the back of an envelope featured in blue and white.

SER. NO. 86-928,361, FILED 03-03-2016
GEOFFREY A FOSDICK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

# United States of America

### United States Patent and Trademark Office

# ONEDRIVE

**Reg. No. 4,661,770**

**Registered Dec. 30, 2014**

**Int. Cls.: 9, 38, 39 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN ELECTRONIC STORAGE OF DATA FEATURING CLOUD COMPUTING , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: DATA COMMUNICATION OVER LOCAL NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, INCLUDING THE INTERNET, INTRANETS, EXTRANETS, TELEVISION, MOBILE COMMUNICATION, CELLULAR AND SATELLITE NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: ELECTRONIC STORAGE OF DATA, TEXT, IMAGES, AUDIO, VIDEO; STORAGE SERVICES FOR ARCHIVING ELECTRONIC DATA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: APPLICATION SERVICE PROVIDER (ASP) SERVICES FEATURING SOFTWARE FOR AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, DISPLAYING, STORING AND ORGANIZING TEXT, GRAPHICS, IMAGES, AND ELECTRONIC PUBLICATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-916,372, FILED 4-26-2013.

KATHY WANG, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,661,770

# United States of America
## United States Patent and Trademark Office

# OFFICE 365

**Reg. No. 4,380,754**

**Registered Aug. 6, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 39**

FOR: ELECTRONIC STORAGE OF FILES AND DOCUMENTS, IN CLASS 39 (U.S. CLS. 100 AND 105).

**SERVICE MARK**

FIRST USE 10-19-2010; IN COMMERCE 10-19-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,841,438, 3,625,391, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE
MARK AS SHOWN.

SN 85-467,634, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

>
> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>
> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> ### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MICROSOFT 365

**Reg. No. 6,701,693**

**Registered Apr. 12, 2022**

**Int. Cl.: 9, 35, 37, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WASHINGTON 98052

CLASS 9: computer software and computer programs for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, and operating system programs; computer software, namely, a full line of computer software for business productivity, business IT service management, business computer devices management, business IT security management, business administration and management, accounting, and marketing in the fields of business, and computer software to facilitate e-commerce business transactions via a global computer network; computer operating system software; network access server operating software; computer programs for managing communications and data exchange between computers and electronic devices; computer network security, anti-virus protection, and intrusion detection and prevention; computer graphics and graphical user interface software; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; computer software development tools; website development software; computer software that provides web-based access to applications and services through a web operating system or portal interface; computer software for developing and operating cloud computer networks and applications; computer software for computer system and application development, deployment and management; computer hardware and software for monitoring automobiles performance, for mapping and navigation, for electronic mail and wireless communications, for maintaining personal directories, contact lists, address and telephone number lists

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 35: business services, namely, business consultation services, business advice and information services; business marketing services; and business consulting services; providing business information



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 37: consultancy concerning installation, maintenance and repair of computer hardware

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 38: telecommunications services, namely, providing on-line chat rooms for the transmission of messages among users in the field of general interest; voice chat services; electronic transmission and streaming of digital media, messages, documents, images, music, games and data; voice over internet protocol services; video-on-demand transmission services; providing online chat rooms and electronic bulletin boards for transmission of messages among users concerning business services, listings for announcements, events, meetings, activities, politics, family, arts and information on a wide variety of topics of general interest to the public and consultancy services, for all of the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 41: providing education and training services, namely, classes, seminars, workshops, and non-downloadable webinars in the field of computers and computer technology; arranging and conducting educational conferences and exhibitions in the field of computer technology; providing information over computer networks and global communication networks in the fields of entertainment, music, interactive games, movies, sports, news relating to current events, and arts and culture; information, advice and consultancy services relating to the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 42: computer services, namely, providing technical support, information and consultation services, namely, troubleshooting in the nature of diagnosing problems in computer hardware, computer software and computer operating systems; computer hardware and software testing services; computer services, namely, providing software updates via computer networks and global communication networks; computer services, namely, providing on-line non-downloadable software for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, operating system programs; electronic data storage; cloud services, namely, providing on-line non-downloadable operating software for accessing and using a cloud computing network; cloud hosting provider services; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud resources based on assigned credentials, integration of private and public cloud computing environments, remote and on-site infrastructure management services for monitoring, administration and management of public and private cloud computing, it and application systems; providing virtual computer systems and virtual computer environments through cloud computing; application service provider (asp), namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases of others; providing technical information in the fields of design, development, programming, customization, selection, and implementation of computers, computer software, and computer networks, and information regarding diagnosing computer hardware and software problems and regarding the maintenance and updating of computer software, and the development and operation of computer systems, software and networks; computer software consulting services; consultancy in the design and development of computer hardware; consulting in the field of information technology; consulting in the field of cloud computing networks and

applications; design and development of networks and network software and applications; leasing computer facilities; electronic storage of files and documents; electronic storage of files, documents and databases; technology consultancy services in the field of development of computer software; platform-as-a-service (paas), infrastructure-as-a-service (iaas) and software-as-a-service (saas) services featuring computer software platforms for creating web applications, data storage and backup, database management, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions; computer services, namely, creating cloud-based indexes of information; computer hardware and software development

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON AZERBAIJAN APPLICATION NO. 201733579, FILED 05-17-2017

SER. NO. 87-640,393, FILED 10-10-2017

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,081,875**

## United States Patent and Trademark Office

Registered July 22, 1997

## TRADEMARK
## PRINCIPAL REGISTER

## MICROSOFT EXCHANGE SERVER

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: BOOKS, INSTRUCTION MANUALS RELATING TO COMPUTERS AND COMPUTER PROGRAMS, ALL IN THE FIELDS OF OPERATING SYSTEMS, MESSAGING AND FILE SHARING , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3–13–1996; IN COMMERCE 3–13–1996.
OWNER OF U.S. REG. NOS. 1,200,236, 2,042,216, AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SERVER", APART FROM THE MARK AS SHOWN.

SN 74–537,638, FILED 6–14–1994.

G. T. GLYNN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# SWAY

**Reg. No. 4,914,508**

**Registered Mar. 8, 2016**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: COMPUTER SOFTWARE FOR USE IN CREATING, ACCESSING, EDITING, AND SHARING DOCUMENTS, PRESENTATIONS AND WEB PAGES; COMPUTER SOFTWARE FOR USE IN LOCATING AND ARRANGING AUDIO, VIDEO, GRAPHIC, IMAGE, TEXTUAL AND MULTIMEDIA CONTENT, AND CONFIGURING SUCH CONTENT INTO A DOCUMENT, PRESENTATION OR WEB PAGE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

FOR: PROVIDING ONLINE, NON-DOWNLOADABLE SOFTWARE AND SOFTWARE AS A SERVICE (SAAS) SERVICES FOR USE IN CREATING, ACCESSING, EDITING, AND SHARING DOCUMENTS, PRESENTATIONS AND WEB PAGES; PROVIDING ONLINE, NON-DOWNLOADABLE SOFTWARE AND SOFTWARE AS A SERVICE (SAAS) SERVICES FOR USE IN LOCATING AND ARRANGING AUDIO, VIDEO, GRAPHIC, IMAGE, TEXTUAL AND MULTIMEDIA CONTENT AND CONFIGURING SUCH CONTENT INTO A DOCUMENT, PRESENTATION OR WEB PAGE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2013/34,793, FILED 12-12-2013.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2013/34,792, FILED 12-12-2013.

OWNER OF U.S. REG. NO. 4,480,546.

SN 86-305,963, FILED 6-10-2014.

KIM MONINGHOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.**

Page: 2 / RN # 4,914,508

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,456,462**

**Registered Dec. 24, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFER-ENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MA-NIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICA-TIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESS-ING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICA-TIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICA-TION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLIC-ATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-12-2012; IN COMMERCE 12-12-2012.

**Reg. No. 4,456,462**   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE. TO THE RIGHT OF THE GEOMETRICAL DESIGN IS THE WORD "OFFICE".

SN 85-799,081, FILED 12-10-2012.

PAM WILLIS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 3 / RN # 4,456,462

# United States of America
## United States Patent and Trademark Office

# MICROSOFT TEAMS

**Reg. No. 5,764,538**

**Registered May 28, 2019**

**Int. Cl.: 9, 38, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 980526399

CLASS 9: Computers; computer hardware; transceivers for television and global communication network transmissions that transmit them to a television or other display device, and computer operating programs for use therewith; telephones; entertainment system comprising a computer, multiple image display screen and multiple input devices; hand held computers; computer operating system software for use with electronic equipment for playing games; computer programs for managing communications and data exchange between hand held computers and desktop computers; computer software for the transmission, recording, reproduction, display, organization, management, manipulation and review of messages, text, images, files, audio, video and audio-visual content for the facilitation of communications between multiple users via computer networks, communication networks and the Internet; computer software development tools; communications software for connecting peer professionals on computer networks or the Internet; computer software for use as an application programming interface (API) for facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, instant messages and online social networking services; computer communication software which enables multiple users to post messages and memoranda, share files, and synchronize calendars; application programming interface (API) software which facilitates online social networking; electronic devices for communications, namely, telephones, handsets, headsets, speakers, microphones, earphones, webcams and video cameras

FIRST USE 11-2-2016; IN COMMERCE 11-2-2016

CLASS 38: Communication services, namely, electronic transmission of data and documents among users of computers; transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; streaming of audio and video material over the Internet; information transmission via electronic communications networks; electronic messaging services; voice mail services; e-mail forwarding services; electronic data transmission; electronic delivery of images and photographs via a global computer network; instant messaging services; voice over internet protocol (VOIP) services; audio and video broadcasting services over the Internet; providing voice chat services; telecommunication consulting regarding transmission of voice, data, and documents via telecommunications networks; providing access to databases; providing user access to a global computer network; telecommunications gateway services; telecommunications services, namely, personal communications services

FIRST USE 11-2-2016; IN COMMERCE 11-2-2016

CLASS 42: Computer diagnostic services; computer programming services; computer



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

consultancy and technical support, all relating to the design and use of computer programs, computers, computer hardware and computer systems; providing temporary use of on-line non-downloadable software for instant messaging, enabling and managing multiple modes of communication over local area networks and the Internet via instant messaging, voice over internet protocol (VOIP), video conferencing, audio conferencing, computer desktop sharing, file transfer, sensing and providing user presence information, and telephony; computer software consultancy which provides technical information; hosting of digital content on the Internet; consulting services in the field of software as a service (SAAS); computer software rental; platform as a service (PAAS) featuring computer software platforms which enable multiple users to post messages and memoranda, instant message, share files and synchronize calendars

FIRST USE 11-2-2016; IN COMMERCE 11-2-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-687,687, FILED 11-16-2017

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,329,398**
**Registered Apr. 20, 2021**
**Int. Cl.: 9, 38, 42**
**Service Mark**
**Trademark**
**Principal Register**



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 9: Downloadable computer software which enables instant messaging and file sharing; downloadable communications software for enabling computer network, wireless network and Internet users to exchange data, audio transmissions, video images and graphics; downloadable computer programs for managing communications and data exchange between hand held computers and desktop computers; downloadable computer software for use as an application programming interface (API); downloadable computer software for collecting, managing, editing, organizing, modifying, transmitting, sharing, and storing of messages, text, images, data files, audio transmissions, videos and audio-visual content; downloadable computer software development tools; downloadable communications software for facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, instant messages and online social networking services; downloadable computer software which enables multiple users to share files and memoranda and synchronize calendars; electronic communications devices, namely, telephones, handsets, headsets, speakers, microphones, earphones, webcams and video cameras

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

CLASS 38: Communication services, namely, electronic transmission of data and documents among users of computers; telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; streaming of audio and video material over the Internet; information transmission via electronic communications networks; electronic transmission of mail and messages; electronic data transmission; electronic delivery of images and photographs via a global computer network; instant messaging services; voice over internet protocol (VOIP) services; audio and video broadcasting services over the Internet; providing on-line chat



rooms for social networking; consulting in the field of transmission of voice, data and documents via telecommunications networks; providing access to databases; providing user access to global computer networks; telecommunications gateway services; telecommunications services, namely, personal communications services via wireless networks

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

CLASS 42: Providing temporary use of on-line non-downloadable software and applications for instant messaging and enabling and managing simultaneous, multiple modes of communication over local area networks and the Internet; platform as a service (PAAS) featuring computer software platforms which enables multiple users to share files, memoranda, and synchronize calendars; application service provider, namely, hosting, managing, developing, and maintaining applications, software and web sites of others in the fields of personal productivity, wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; computer services, namely, creating an on-line community for registered users to create virtual communities, participate in discussions, get feedback from their peers, and engage in social, business and community networking; server and web site hosting for others to enable interactive discussions via communication networks; application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, commenting on, embedding, transmitting, and sharing digital content or information via computer and communication networks; provision of Internet search engines; providing temporary use of non-downloadable software for enabling collaborative work, creating a virtual community, and transmission of audio, video, photographic images, text, graphics and data; file sharing services, namely, providing a website featuring technology enabling users to upload, modify and download electronic files, photographic images, text and graphics; software as a service (SAAS) services featuring software for sending and receiving electronic messages and for sending electronic message alerts

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

The color(s) purple and white is/are claimed as a feature of the mark.

The mark consists of a small vertically-oriented rectangular shape in the color purple with a rounded bottom and a circle above; a larger vertically-oriented rectangular shape in the color purple with a rounded bottom and a circle above is superimposed over the left side of the smaller shape; a square shape in the color purple containing the letter "T" in the color white is superimposed over the left border of the larger vertically-oriented rectangular shape.

SER. NO. 88-352,990, FILED 03-22-2019

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97622266**
**Filing Date: 10/06/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97622266 |
| **MARK INFORMATION** | |
| *MARK | MICROSOFT DEFENDER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MICROSOFT DEFENDER |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Microsoft Corporation |
| *MAILING ADDRESS | One Microsoft Way |
| *CITY | Redmond |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 98052 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Washington |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable computer software using artificial intelligence (AI) processing and machine learning for computer, applications, cloud, and computer network security, downloadable computer software for cloud security posture management, cloud and hybrid environment security assessment and management, and cloud workload protection, downloadable computer software for monitoring and identifying cloud configuration vulnerabilities and strengthening cloud security posture, downloadable computer software for automating security administration for cloud and hybrid environments, downloadable computer software for |

|  | identity and access management, privilege and permissions access management, cloud infrastructure entitlements management, cloud security, Internet of Things (IoT) security, protection of cloud-based information and access, database management, data security, and risk assessment and monitoring of cloud systems; none of the aforementioned goods for use in or in relation to vehicles, residential and commercial security systems, home automation systems, and security for physical premises, and protective covers, cases, casings, carrying cases, and chargers for electronic devices. |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 86229 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 04/07/2022 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **INTERNATIONAL CLASS** | 042 |
| **\*IDENTIFICATION** | Software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software using artificial intelligence (AI) processing and machine learning for computer, applications, cloud, and computer network security, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for cloud security posture management, cloud and hybrid environment security assessment and management, and cloud workload protection, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for monitoring and identifying cloud configuration vulnerabilities and strengthening cloud security posture, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for automating security administration for cloud and hybrid environments, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for identity and access management, privilege and permissions access management, cloud infrastructure entitlements management, cloud security, Internet of Things (IoT) security, protection of cloud-based information and access, database management, data security, and risk assessment and monitoring of cloud systems; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises. |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 86229 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | |

| | |
|---|---|
| **FOREIGN FILING DATE** | 04/07/2022 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **INTERNATIONAL CLASS** | 042 |
| **\*IDENTIFICATION** | Design, maintenance, development, and updating of computer security software; providing a website featuring information in the fields of computer, applications, cloud, electronic device, and computer network security; computer security threat analysis for protecting data; computer virus and malware protection services; technical support services, namely, troubleshooting of computer software and computer security problems; scientific services, namely, scientific research in the field of computer, applications, cloud, and computer network security, and product research and design related thereto; consulting services in the field of software as a service (SAAS), computer security software, and cloud security software; consulting, advisory, and information services relating to the aforesaid services; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises. |
| **FILING BASIS** | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| **MISCELLANEOUS STATEMENT** | Applicant is not claiming priority under Section 44(d) for the following Class 42 services: Design, maintenance, development, and updating of computer security software; providing a website featuring information in the fields of computer, applications, cloud, electronic device, and computer network security; computer security threat analysis for protecting data; computer virus and malware protection services; technical support services, namely, troubleshooting of computer software and computer security problems; scientific services, namely, scientific research in the field of computer, applications, cloud, and computer network security, and product research and design related thereto; consulting services in the field of software as a service (SAAS), computer security software, and cloud security software; consulting, advisory, and information services relating to the aforesaid services; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises. |
| **ATTORNEY INFORMATION** | |
| **NAME** | April L. Besl |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Dinsmore & Shohl LLP |
| **STREET** | 255 East Fifth Street Suite 1900 |
| **CITY** | Cincinnati |
| **STATE** | Ohio |

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 45202 |
| **PHONE** | 513-977-8527 |
| **FAX** | 513-977-8141 |
| **EMAIL ADDRESS** | april.besl@dinsmore.com |
| **OTHER APPOINTED ATTORNEY** | Karen Kreider Gaunt, Govinda M. Davis, Luke S. Curran, Michael G. Frey, James M. Theo, Gary W. Donohue, Jessica M. Goedel, Emily O. Douglass, Amber D. Jones, Kayla M. Tyler, Nivita Beri |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | April L. Besl |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | april.besl@dinsmore.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | DSMSTrademarks@dinsmore.com; Luke.Curran@DINSMORE.COM |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 700 |
| ***TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /April l besl/ |
| **SIGNATORY'S NAME** | April L. Besl |
| **SIGNATORY'S POSITION** | Attorney of Record, Ohio Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 513-977-8527 |
| **DATE SIGNED** | 10/06/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024  OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Trademark/Service Mark Application, Principal Register**

**Serial Number: 97622266**
**Filing Date: 10/06/2022**

## To the Commissioner for Trademarks:

**MARK:** MICROSOFT DEFENDER (Standard Characters, see mark)
The literal element of the mark consists of MICROSOFT DEFENDER. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Microsoft Corporation, a corporation of Washington, having an address of
    One Microsoft Way
    Redmond, Washington 98052
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer software using artificial intelligence (AI) processing and machine learning for computer, applications, cloud, and computer network security, downloadable computer software for cloud security posture management, cloud and hybrid environment security assessment and management, and cloud workload protection, downloadable computer software for monitoring and identifying cloud configuration vulnerabilities and strengthening cloud security posture, downloadable computer software for automating security administration for cloud and hybrid environments, downloadable computer software for identity and access management, privilege and permissions access management, cloud infrastructure entitlements management, cloud security, Internet of Things (IoT) security, protection of cloud-based information and access, database management, data security, and risk assessment and monitoring of cloud systems; none of the aforementioned goods for use in or in relation to vehicles, residential and commercial security systems, home automation systems, and security for physical premises, and protective covers, cases, casings, carrying cases, and chargers for electronic devices.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 86229, filed 04/07/2022.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

International Class 042:  Software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software using artificial intelligence (AI) processing and machine learning for computer, applications, cloud, and computer network security, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for cloud security posture management, cloud and hybrid environment security assessment and management, and cloud workload protection, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for monitoring and identifying cloud configuration vulnerabilities and strengthening cloud security posture, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for automating security administration for cloud and hybrid environments, software as a service (SaaS) services, namely, providing temporary use of online non-downloadable computer software for identity and access management, privilege and permissions access management, cloud infrastructure entitlements management, cloud security, Internet of Things (IoT) security, protection of cloud-based information and access, database management, data security, and risk assessment and monitoring of cloud systems; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 86229, filed 04/07/2022.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

International Class 042:  Design, maintenance, development, and updating of computer security software; providing a website featuring information in the fields of computer, applications, cloud, electronic device, and computer network security; computer security threat analysis for protecting data; computer virus and malware protection services; technical support services, namely, troubleshooting of computer software and computer security problems; scientific services, namely, scientific research in the field of computer, applications, cloud, and computer network security, and product research and design related thereto; consulting services in the field of software as a service (SAAS), computer security software, and cloud security software; consulting, advisory, and information services relating to the aforesaid services; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises.

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Miscellaneous Statement**

Applicant is not claiming priority under Section 44(d) for the following Class 42 services: Design, maintenance, development, and updating of computer security software; providing a website featuring information in the fields of computer, applications, cloud, electronic device, and computer network security; computer security threat analysis for protecting data; computer virus and malware protection services; technical support services, namely, troubleshooting of computer software and computer security problems; scientific services, namely, scientific research in the field of computer, applications, cloud, and computer network security, and product research and design related thereto; consulting services in the field of software as a service (SAAS), computer security software, and cloud security software; consulting, advisory, and information services relating to the aforesaid services; none of the aforementioned services for use in or in relation to vehicles, and residential and commercial security systems, home automation systems, and security for physical premises.

The owner's/holder's proposed attorney information: April L. Besl. Other appointed attorneys are Karen Kreider Gaunt, Govinda M. Davis, Luke S. Curran, Michael G. Frey, James M. Theo, Gary W. Donohue, Jessica M. Goedel, Emily O. Douglass, Amber D. Jones, Kayla M. Tyler, Nivita Beri. April L. Besl of Dinsmore & Shohl LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
      255 East Fifth Street Suite 1900
      Cincinnati, Ohio 45202
      United States
      513-977-8527(phone)
      513-977-8141(fax)
      april.besl@dinsmore.com

April L. Besl submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
      April L. Besl
      PRIMARY EMAIL FOR CORRESPONDENCE: april.besl@dinsmore.com
      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): DSMSTrademarks@dinsmore.com; Luke.Curran@DINSMORE.COM

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑  **Basis:**
      **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /April l besl/  Date: 10/06/2022
Signatory's Name: April L. Besl
Signatory's Position: Attorney of Record, Ohio Bar Member
Signatory's Phone Number: 513-977-8527
Signature method: Sent to third party for signature
Payment Sale Number: 97622266
Payment Accounting Date: 10/06/2022

Serial Number: 97622266
Internet Transmission Date: Thu Oct 06 18:04:29 ET 2022
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XX-20221006180431171
839-97622266-820e34b3d861e265b4b40934ad3
c785f4864a933265b4c2c2e5668c69c9a56dd7b-
CC-04292784-20221006173258577503

# MICROSOFT DEFENDER