# APPENDIX C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,061,376**
**Registered May 26, 2020**
**Int. Cl.: 9, 42**
**Service Mark**
**Trademark**
**Principal Register**

Facebook, Inc. (DELAWARE CORPORATION)
1601 Willow Road
Menlo Park, CALIFORNIA 94025

CLASS 9: Artificial intelligence software featuring an application programming interface (API) for use in further developing AI (artificial intelligence) software; software for converting natural language into machine-executable commands; software for facilitating interaction and communication between humans and machines

FIRST USE 9-7-2017; IN COMMERCE 9-7-2017

CLASS 42: Design of computer software; development of computer software; providing temporary use of online non-downloadable artificial intelligence software for facilitating interaction and communication between humans and AI (artificial intelligence) software; application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) software; providing temporary use of online non-downloadable software for converting natural language into machine-executable commands; providing temporary use of online non-downloadable software for establishing an interpretive interface for facilitating interaction between humans and machines; providing temporary use of online non-downloadable software for facilitating interaction and communication between humans and machines

FIRST USE 9-7-2017; IN COMMERCE 9-7-2017

The mark consists of a geometric sphere followed by the term "ONNX".

SER. NO. 87-725,026, FILED 12-18-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

900599854     03/02/2021

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM629333

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Facebook, Inc. | | 03/01/2021 | Corporation: DELAWARE |

### RECEIVING PARTY DATA

| Name: | LF Projects, LLC |
|---|---|
| Street Address: | 3500 South Dupong Highway |
| Internal Address: | Suite AA101 |
| City: | Dover |
| State/Country: | DELAWARE |
| Postal Code: | 19901 |
| Entity Type: | Limited Liability Company: DELAWARE |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87725026 | ONNX |

### CORRESPONDENCE DATA

Fax Number: 6172484000  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*  
Phone: 617-248-5000  
Email: tmadmin@choate.com  
Correspondent Name: Daniel L. Scales  
Address Line 1: Two International Place  
Address Line 2: Choate, Hall & Stewart, LLP  
Address Line 4: Boston, MASSACHUSETTS 02110

| ATTORNEY DOCKET NUMBER: | 2012917-0035 |
|---|---|
| NAME OF SUBMITTER: | Daniel L. Scales |
| SIGNATURE: | /daniel l. scales/ |
| DATE SIGNED: | 03/02/2021 |

Total Attachments: 2  
source=ONNX assignment#page1.tif  
source=ONNX assignment#page2.tif

OP $40.00 87725026

DocuSign Envelope ID: ABBD41E1-3748-4DE1-9B16-22DB05C6A52C

## Exhibit A

## Trademark Assignment

WHEREAS, Facebook, Inc., a Delaware corporation ("Assignor"), having its place of business at 1601 Willow Road, Menlo Park, CA 94025, is the owner of and has adopted and/or used in various jurisdictions the trademarks set forth in Schedule 1 attached hereto ("Trademarks");

WHEREAS, LF Projects, LLC, a Delaware series limited liability company ("Assignee"), having a place of business at 3500 South Dupont Highway Suite AA101, Dover, DE 19901 USA, desires to acquire all right, title and interest in and to the Trademarks, together with the associated goodwill;

NOW, THEREFORE, pursuant to the Project Contribution Agreement entered into between the parties on 3/17/2021 | 11:18 AM PST _____ and for good and adequate consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby assigns to Assignee all rights, title and interest as Assignor may possess in and to the Trademarks worldwide, together with (i) the goodwill symbolized by said Trademarks, (ii) the business or portion of the business to which the Trademarks pertain, (iii) all registrations and applications (including intent-to-use applications) for the Trademarks.

Facebook, Inc.

By: _____

Name: Michael Cheng

Title: Product Manager

LF PROJECTS, LLC

By: _____

Name: Michael Dolan

Title: Manager

9943353v1

TRADEMARK
REEL: 007208 FRAME: 0155

DocuSign Envelope ID: ABBD41E1-3748-4DE1-9B16-22DB05C6A52C

## SCHEDULE 1

Trademark Registrations and Applications:

| MARK | CLASS | COUNTRY | STATUS | APP # | REG # |
|---|---|---|---|---|---|
| ONNX and Design  | 9, 42 | United States | Registered | 87725026 | 6061376 |

Common Law Trademarks:

Word Marks:

ONNX

OPEN NEURAL NETWORK EXCHANGE

Logo Marks:

9943353v1