Generated: Nov 12, 2024 9:13AM

Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Nov 12, 2024 9:13AM

CROWELL & MORING LLP

Rcpt. No: 100009342                     Trans. Date: Nov 12, 2024 9:13AM                     Cashier ID: #JB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #556682 | 11/12/2024 | | $405.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: CASE# 1:24CV2013

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.